IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE SCOTT WARD | : |
| | : CRIMINAL ACTION NO. |
| | : 08-148 |
| v. | : |
| | : CIVIL ACTION NO. |
| | : 14-5524 |
| UNITED STATES OF AMERICA | : |
| | : |

ORDER

AND NOW, this 21st day of Nov 2014, **IT IS HEREBY ORDERED AND DECREED** that the Government's Motion to Dismiss or Suspend Response to Motion under 28 U.S.C. § 2255 (Doc. 87) is **GRANTED** and the Government's obligation to respond to this Court's November 3, 2014 Order is **SUSPENDED** pending notification from the U.S. Government that they have verified the authenticity of Petitioner's Pro Se Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255.

BY THE COURT:

_/s/ Petrese B. Tucker_

Hon. Petrese B. Tucker, C.J.